UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MSO IP HOLDINGS, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>SEARS CANADA INC.,<br><br>    Defendant. | 07 Civ. 9840 (DLC)<br><br>AFFIDAVIT OF SERVICE BY REGISTERED MAIL |

STATE OF NEW YORK  )
           ) ss.:
COUNTY OF NEW YORK )

Leana Loncarevic, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age and am employed by Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019.

2. On March 18, 2008, I served a true copy of the foregoing: LETTER; NOTICE OF INITIAL PRETRIAL CONFERENCE; and INDIVIDUAL PRACTICES IN CIVIL CASES, DENISE COTE, UNITED STATES DISTRICT JUDGE on the following:

    Mr. Klaudio Leshnjani
    Interim General Counsel
    Sears Canada Inc.
    222 Jarvis Street
    Toronto, Ontario
    Canada M5B 2B8

3. I made such service by personally enclosing a true copy of the aforementioned document in a properly addressed prepaid wrapper and depositing it to an official

depository under the exclusive custody and care of the United States Postal Service in the State of New York by International Registered Mail Return Receipt Requested.

_____
Leana Loncarevic

Sworn to before me this
18th day of March, 2008

_____
Notary Public

SYLVIA ANDREEV
Notary Public, State of New York
No. 01AN6119735
Qualified in Queens County
Certificate Filed in New York County
Commission Expires Dec. 6, 2008