```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/21/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MSO IP HOLDINGS, INC.,

        Plaintiff,

    v.

SEARS CANADA INC.,

        Defendant.

---

07 Civ. 9840 (DLC)

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff MSO IP Holdings, Inc. voluntarily dismisses without prejudice its claims asserted against defendant in this action.

Dated: New York, New York
       March 20, 2008

                            PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

                            By: _____
                                 Leslie Gordon Fagen

                            1285 Avenue of the Americas
                            New York, New York 10019-6064
                            Lfagen@paulweiss.com
                            (212) 373-3000

                            *Attorneys for Plaintiff MSO IP Holdings, Inc.*

SO ORDERED: _____
                    USDJ

                    March 21, 2008